```
1   Scott Edward Cole, Esq. (S.B. #160744)
    Laura Grace Van Note, Esq. (S.B. #310160)
2   Cody Alexander Bolce, Esq. (S.B. #322725)
    COLE & VAN NOTE
3   555 12th Street, Suite 1725
    Oakland, California 94607
4   Telephone: (510) 891-9800
    Facsimile:  (510) 891-7030
5   Email:   sec@colevannote.com
    Email:   lvn@colevannote.com
6   Email:   cab@colevannote.com
    Web:     www.colevannote.com
7
8   Attorneys for Representative Plaintiff
    and the Plaintiff Class(es)
9
```

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER MEDVIGY, individually, and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br>vs.<br><br>ACCUTECH SYSTEMS CORPORATION,<br><br>                    Defendant. | **Case No. 3:22-cv-207-LL-BLM**<br><br>**CLASS ACTION**<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL** |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Christopher Medvigy ("Plaintiff") hereby voluntarily dismisses his claims against Defendant Accutech Systems Corporation without prejudice. Federal Rule of Civil Procedure 41 provides that a Plaintiff may dismiss a case:

(A) Without a Court Order. Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

    (i)    a notice of dismissal before the opposing party serves either an Answer or a Motion for Summary Judgment;

Defendant has not filed an Answer or Motion for Summary Judgment in this case and no class has been certified (nor have any efforts to certify a class been made). The Parties have a fully executed settlement agreement and Plaintiff has refiled his case in Indiana State Court for purposes of approval.

Dated: January 11, 2023

**COLE & VAN NOTE**

By: */s/ Cody A. Bolce*
Cody A. Bolce, Esq.
Attorneys for Representative Plaintiff